**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SMARTHOME VENTURES, LLC | ) | |
| d/b/a PEPPER[1] | ) | Case No. 24-11640 (TMH) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF CONTRACT PARTIES TO POTENTIALLY ASSUMED
AND ASSIGNED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS OR MAY BE A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH THE AS SET FORTH IN <u>EXHIBIT A</u> ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that on September 16, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 106] (the "Bidding Procedures Order")[2], authorizing, among other things (i) the Chapter 11 Trustee to conduct an auction (the "Auction") to select the party to purchase the Debtor's assets and (ii) procedures to determine Cure Amounts and deadlines for objections to such amounts and the potential assumption and assignment of Assigned Contracts. The Auction will be governed by the bidding procedures approved pursuant to the Bidding Procedures Order (which are attached to the Bidding Procedures Order as 1, the "Bidding Procedures").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of any Successful Bid, the Debtor may assume and assign to the Successful Bidder the contracts, leases or agreements listed on Exhibit A upon approval of the Sale (collectively, the "Assigned Contracts"). The Debtor has conducted a review of their books and records and have determined that the cure amounts for unpaid monetary obligations under such Assigned Contracts are as set forth on Exhibit A attached hereto (the "Cure Amounts").

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Amounts, object to a proposed assignment to the Stalking Horse Purchaser, if one has been selected, of any Assigned Contract, or object to the ability of the Stalking Horse Purchaser, if any, to provide adequate assurance of future performance with respect to any Assigned Contract,, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of this chapter 11 case;

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is SmartHome Ventures, LLC (7570). The location of the Debtor's headquarters is 7900 College Blvd., Suite 128, Overland Park, KS 66210.

[2] All capitalized terms used otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Order.

(iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Amounts, state the correct cure amount alleged to be owed to the objecting Contract Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Court and served and **actually received no later than October 7, 2024 at 4:00 p.m.** (the "Cure Objection Deadline") by the Court and the following parties (collectively, the "Objection Notice Parties"): (i) counsel for the Chapter 11 Trustee, William Sullivan, and William Hazeltine, Sullivan Hazeltine Allinson LLC, 919 North Market Street, Suite 420, Wilmington, DE or by email at bsullivan@sha-llc.com and whazeltine@sha-llc.com,; (i) the Office of the United States Trustee, Jane M. Leamy, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 or by email at jane.m.leamy@usdoj.gov; (ii) counsel to Merkury (a) Leslie A. Berkoff, Moritt Hock & Hamroff LLP, 1407 Broadway, NY, NY 10018 or by email at lberkoff@moritthock.com and (b) Ericka F. Johnson, Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801 or by email at ejohnson@bayardlaw.com; (iii) counsel to Chapford (a) Robert Schmidt and Kenneth Chin, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 or by email at rschmidt@kramerlevin.com and kchin@kramerlevin.com and (b) Adam Landis and Matthew McGuire, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 or by email at landis@lrclaw.com and mcguire@lrclaw.com (the "Objection Notice Parties"). ").

**PLEASE TAKE FURTHER NOTICE** that if you object to a proposed assignment of any Assigned Contract to the Stalking Horse Purchaser(s), if one or more is selected, or object to the ability of the Stalking Horse Purchaser to provide adequate assurance of future performance with respect to any Assigned Contract, your objection must be filed with the Court and served as to be actually received by the Objection Notice Parties no later than **October 11, 2024 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that if you object to a proposed assignment of any Assigned Contract to any Bidder that is not the Stalking Horse Purchaser, if one is selected, or object to the ability of any Bidder other than the Stalking Horse Purchaser to provide adequate assurance of future performance with respect to any Assigned Contract, you may make your objection **at the Sale Hearing** (the "Non-Stalking Horse Adequate Assurance Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that for the avoidance of doubt, all objections to the proposed Cure Amount(s) identified on Exhibit A hereto must be filed with the Court and served as to be actually received by the Objection Notice Parties no later than **October 7, 2024 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale of the Assets, free and clear of liens, claims, encumbrances and interests pursuant to Bankruptcy Code section 363(b) and (f) and the assumption and assignment of the Assigned Contracts shall be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street Wilmington, Delaware 19081 on **October 22, 2924 at 11:00 a.m.** The Sale Hearing may be adjourned from time without further notice to creditors or other interested parties other than by announcement of the adjournment in open court or by notice filed on the docket of the Debtor's Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Amount(s), (b) the proposed assignment and assumption of any Assigned Contract, or (c) adequate assurance of the Successful Bidder's ability to perform is filed by the Cure Objection Deadline or the Non-Stalking Horse Adequate Assurance Objection Deadline, as applicable, then (i) you will be deemed to have stipulated that the Cure Amounts as determined by the Chapter 11 Trustee and as identified on Exhibit A hereto are correct, (ii) you may be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed Assigned Contract, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the Sale.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of an Assigned Contract or related Cure Amounts in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date as may be fixed by the Court and/or agreed by the Chapter 11 Trustee, the applicable counterparty and the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that copies of any pleadings referenced above may be inspected in the Office of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents through the Bankruptcy Court's website. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856 Requests for copies of the pleadings and further information may also be made to counsel for the Chapter 11 Trustee at the telephone number and address listed below.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Assigned Contract on Exhibit A hereto does not require or guarantee that such Assigned Contract will be assumed by the Debtor at any time or assumed and assigned, and all rights of the Debtor and the Successful Bidder with respect to such Assigned Contracts are reserved. Moreover, the Debtor explicitly reserves his rights, in their reasonable discretion, to seek to reject or assume any Assigned Contract pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Chapter 11 Trustee and/or the Successful Bidder, as applicable, to designate any Assigned Contract as either rejected or assumed on a post-closing basis.

| | |
|---|---|
| Date: September 18, 2024<br>Wilmington, Delaware | **SULLIVAN HAZELTINE ALLINSON LLC**<br><br>*/s/ William A. Hazeltine*<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Email: bsullivan@sha-llc.com<br>         whazeltine@sha-llc.com<br><br>*Proposed Counsel for Chapter 11 Trustee* |

# EXHIBIT A

**NOTICE OF CONTRACT PARTIES TO POTENTIALLY ASSUMED
AND ASSIGNED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| Creditor / Contractor | Street | City | State | Zip | Location | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|---|
| 27Global | 4001 W 114th StreetSuite 105 | Leawood | KS | 66211 | USA | Software development of Merkury | $1,028,582.35 |
| 60Nrth | 1712 NE 17th Way | Fort Lauderdale | FL | 33305 | USA | Marketing for Notion services | $40,300.00 |
| Aligned Technology Group | 702 Oberlin RdSte220 | Raleigh | NC | 27605 | USA | AWS Reseller - cloud storage and hosting | $931,971.11 |
| Allegra | 16200 E. 2nd Ave Unit 100 | Aurora | CO | 80011 | USA | Marketing | $580.52 |
| Amazon Web Services, Inc | PO Box 84023 | Seattle | WA | 98124 | USA | Cloud storage and hosting provider | $293,434.70 |
| Apollo Tech USA Inc | 1661 Fairplex Dr | La Verne | CA | 91750 | USA | Revenue sharing agreement | $40,466.64 |
| Apptentive/Alchemer | 168 Centennial Pkwy Ste 250 | Louisville | CO | 80027 | USA | App Rating Management | $35,690.80 |
| Arbemi | 1 Avlonos Street, Maria House | Nicosia | Cyprus | – | Cyprus | Contractor - platform operations | $96,278.00 |
| argodesign, LLC | 2901 S 1st StreetSuite 200 | Austin | TX | 78704 | USA | Design and development services | $4,393,593.00 |
| Asteelflash Suzhou | No. 8 Gu Tang Road | Wujiang, Jiangsu | Wujiang | 215200 | China | Contract manufacturer of Notion | $2,179,344.36 |
| Binyamin Efraimov | Mavo Ahermon 2/14 | Kiryat Gat | HaDarom | 8202859 | Israel | Contractor - platform operations | $25,425.00 |
| BKD/Forvis | 1201 Walnut St Suite 1700 | Kansas City | MO | 64106 | USA | Professional Services--Accounting | $61,267.00 |
| Browser Stack | 4512 Legacy Dr, Suite 100 | Plano | TX | 75024 | USA | Mobile testing platform | $0.00 |
| CleverTap | 607 W Dana StSuite A | Mountain View | CA | 94041 | USA | User Experience Mapping | $26,262.00 |
| Code LLC | PO Box 4210 | Portsmouth | NH | 3802 | USA | Employee recruiting services | $45,000.00 |
| Communication Graphics | 1787 Sentry Parkway West Bldg. 16, Ste. 240 | Blue Bell | PA | 19422 | USA | Notion packaging supplies | $1,257.32 |
| ComSource Consulting | 14052 Hayes St | Overland Park | KS | 66221 | USA | Employee recruiting services | $136,590.00 |
| Creative Capsule LLC | 10875 Benson DrSuite 275 | Overland Park | KS | 66210 | USA | Software development of Merkury | $195,035.00 |
| Crosshair Cyber | 6803 Brimstone Ln | Fairfax Station | VA | 22039 | USA | Cyber Security | $5,000.00 |
| D3 Consulting | 4801 NE 71st St | Seattle | WA | 98115 | USA | Cyber Security | $5,000.00 |
| Dark3, Inc | 2308 Mt Vernon Avenue#756 | Alexandria | VA | 22301 | USA | Cyber Security | $5,000.00 |
| DCL Logistics | 4455 E. Philadelphia St | Ontario | CA | 91761 | USA | 3PL provider for Notion products | $45,078.74 |
| Digital Tech US | 66 White Street STE 501 | New York | NY | 10013 | USA | Harware Testing | $16,815.00 |
| Douglas Lunenfeld | 727 Anderson Avenue | Rockville | MD | 20850 | USA | Professional Services Outside | $10,000.00 |
| Hovey Williams | 10801 Mastin BlvdSuite 100084 Corporate Woods | Overland Park | KS | 66210 | USA | Professional Services-IP Attorney | $3,404.50 |
| IFTTT | 923 Market St, Ste 400 | San Francisco | CA | | USA | Platform Standards | $5,000.00 |
| Ipacesettters | 12902 E 51st Street | Tulsa | OK | 74134 | USA | Outbound Calling firm | $30,159.05 |
| Jumpcloud | 361 Centennial PkwySuite 300 | Louisville | CO | 80027 | USA | Platform operations software | $3,801.84 |
| Keyhole Software | 11205 W 79th St | Lenexa | KS | 66214 | USA | Software development of Merkury | $17,955.00 |
| Leedarson Lighting, LTD | Level 54 Hopewell Centre183 Queen's Road East HK | Hong Kong | – | – | China | Hardware samples | $11,900.00 |
| LogininRadius * | 815 West Hastings St, Suite 801 | Vancouver | BC | V6C 1B4 | Canada | Account Management Platform | $24,112.00 |
| MackRo Consulting LTD | 63 Stewart Dr | Guelph | Ontario | | Canada | Contractor - platform operations | $23,520.00 |
| Merkury Innovations, LLC | 45 BroadwaySuite 350 | New York | NY | 10006 | USA | Revenue sharing agreement | $84,804.52 |
| Mongo DB Inc | PO Box 894365 | Los Angeles | CA | 90189-4365 | USA | Platform data base services | $49,663.55 |
| Moonshot | 9800 Metcalf Ave | Overland Park | KS | 66212 | USA | Software development of Merkury | $72,020.00 |

| Creditor / Contractor | Street | City | State | Zip | Location | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|---|
| New Relic | 188 Spear St Suite 1200 | San Francisco | CA | 94105 | USA | Operations software for Notion | $67,424.32 |
| Night Owl | 4720 Radio Rd | Naples | FL | 34104 | USA | Customer - Similar to Merkury | $0.00 |
| Noonlight | 911 Washington Ave | Saint Louis | MO | 63101 | USA | Enhanced 911 Service | $35,100.00 |
| Omni Logistics LLC | 3200 Olympus Blvd, Ste 300 | Dallas | TX | 75019 | USA | 3PL provider for Notion products | $70,511.10 |
| Recurly | 400 Alabama St, Suite 202 | San Francisco | CA | 94110 | USA | Subscription Management Company | $0.00 |
| Salesforce | 415 Mission Street | San Francisco | CA | 94105 | USA | Sales lead management | $1,695.38 |
| Sally Staley | 2927 W Sitka St | Olathe | KS | 66061 | USA | Contractor - platform operations | $24,516.25 |
| SendGrid | 101 Spear St | San Francisco | CA | | USA | Customer Communiation Manager | $17,122.28 |
| Snowflake | 1700 Broadway, 14th Floor, | Denver | CO | 80203 | USA | Platform operations software | $0.00 |
| Udemy, Inc | PO Box 734229 | Chicago | IL | 60673 | USA | On Line Training | $41,534.45 |
| Viagio Technologies | 9237 Ward Parkway Ste 300 | Kansas City | MO | 64114 | USA | Software development of Merkury | $1,584,311.79 |
| Volansys | 7th Floor, A-Wing, Safal Profitaire, Corporate Rd | Prahaladnagar | Ahmedabad | 380015 | India | Harware Testing | $18,780.00 |
| warneke | 4500 Joliet Street | Denver | CO | 80239 | USA | Notion packaging supplies | $3,881.90 |
| Zebulon Solutions, LLC | 1822 Skyway Unit A | Longmont | CO | 80504 | USA | Product testing for Notion | $27,008.63 |
| ZIV, LLC | 9290 Bond Street #207 | Overland Park | KS | 66214 | USA | Website Hosting | $180.00 |