**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                                                                                       (State)

Case number (If known): _____

☐ Check if this is an
    amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                          $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ____ ____ ____ ____ | $_____ |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $_____

   4.2. _____          $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $_____

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $_____

   7.2. _____          $_____

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

**2.2** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

Debtor _____
　　　　　Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

2.__ **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.__ **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____    Case number *(if known)*_____
              Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Debtor _____    Case number *(if known)*_____
              Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔    $_____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔    $_____
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____    _____%    $_____

    15.2._____    _____%    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____

Name

Case number *(if known)* _____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

---

Debtor _____    Case number *(if known)*_____
      Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____

Name

Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____     Case number *(if known)*_____
       Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜  $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim      _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim      _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known)_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* . .................................................................➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column.............................. 91a. | $_____ | ✚ 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................... $_____

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:          List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address _____

Describe the lien _____

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
|---|---|---|---|

Creditor's mailing address _____

Describe the lien _____

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

Debtor _____
         Name

Case number (*if known*)_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**  **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**  **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____     Case number (*if known*)_____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
                                                        (State)

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____
            Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**3.2** **Nonpriority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**3.3** **Nonpriority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**3.4** **Nonpriority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**3.5** **Nonpriority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

**3.6** **Nonpriority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor _____
         Name

Case number *(if known)*_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.2. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.3. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.4. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 41. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.5. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line _____ <br> ❏ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
          Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

<table>
<tr><td></td><td></td><td>**Total of claim amounts**</td></tr>
<tr><td>5a.  **Total claims from Part 1**</td><td>5a.</td><td>$_____</td></tr>
<tr><td>5b.  **Total claims from Part 2**</td><td>5b.  **+**</td><td>$_____</td></tr>
<tr><td>5c.  **Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c.</td><td>5c.</td><td>$_____</td></tr>
</table>

# Attachment  E/F 1

dbb 9/18/24

| Last Name | Fist Name | Street | City | State | Zip | D/C/U | Total Claim | Priority Amount | C | U |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employees** | | | | | | | | | | |
| 2.1 | | | Loveland | CO | | | 6,084.22 | 6,084.22 | | |
| 2.2 | | | Lakewood | OH | 44107-3719 | | 15,832.88 | 15,500.00 | | |
| 2.3 | | | De Kalb | MO | 64440-4093 | | 12,446.04 | 12,446.04 | | |
| 2.4 | | | Commerce City | CO | 80640-7601 | | 4,333.50 | 4,333.50 | | |
| 2.5 | | | Wheeling | IL | 60090 | | 12,134.22 | 12,134.22 | | |
| 2.6 | | | Denver | CO | 80211 | | 11,092.24 | 11,092.24 | | |
| 2.7 | | | RICHFIELD | MN | 55423-1225 | | 17,916.42 | 15,500.00 | | |
| 2.8 | | | HIGHLANDS RANCH | CO | 80126-5601 | | 101,389.19 | 15,500.00 | | |
| 2.9 | | | PRAIRIE VILLAGE | KS | 66207-2653 | | 14,039.70 | 14,039.70 | | |
| 2.10 | | | Prairie Village | KS | 66207-2653 | | 5,416.88 | 5,416.88 | | |
| 2.11 | | | Hillsboro | OR | 97123-4828 | | 11,564.54 | 11,564.54 | | |
| 2.12 | | | SHAWNEE | KS | 66217-9436 | | 11,638.48 | 11,638.48 | | |
| 2.13 | | | LAWRENCE | KS | 66049-8505 | | 12,999.52 | 12,999.52 | | |
| 2.14 | | | Arvada | CO | 80002-3700 | | 14,182.12 | 14,182.12 | | |
| 2.15 | | | Independence | MO | 64055 | | 10,399.98 | 10,399.98 | | |
| 2.16 | | | KANSAS CITY | MO | 64151-3713 | | 11,959.36 | 11,959.36 | | |
| 2.17 | | | Kansas City | MO | 64155-1120 | | 9,966.68 | 9,966.68 | | |
| 2.18 | | | Kansas City | MO | 64113 | | 16,033.54 | 15,500.00 | | |
| 2.19 | | | Aurora | CO | 80012-5733 | | 4,507.22 | 4,507.22 | | |
| 2.20 | | | Knob Noster | MO | 65336-1059 | | 14,301.10 | 14,301.10 | | |
| 2.21 | | | Santa Monica | CA | 90404-4757 | | 11,699.76 | 11,699.76 | | |
| 2.22 | | | Mountain View | HI | 96771-1030 | | 10,299.86 | 10,299.86 | | |
| 2.23 | | | OVERLAND PARK | KS | 66223-1317 | | 131,254.20 | 15,500.00 | | |
| 2.24 | | | Kansas City | MO | 64113-2523 | | 13,751.06 | 13,751.06 | | |
| 2.25 | | | Tonganoxie | KS | 66086-3351 | | 15,600.88 | 15,500.00 | | |
| 2.26 | | | Thornton | CO | 80602-7879 | | 11,461.80 | 11,461.80 | | |
| 2.27 | | | Roeland Park | KS | 66205-2326 | | 6,241.08 | 6,241.08 | | |
| 2.28 | | | Copperopolis | CA | 95228-9672 | | 16,033.30 | 15,500.00 | | |
| 2.29 | | | Lafayette | CO | 80026-9459 | | 12,566.88 | 12,566.88 | | |
| 2.30 | | | Denver | CO | 80214-1210 | | 11,267.12 | 11,267.12 | | |
| 2.31 | | | Denver | CO | 80211-1874 | | 12,917.30 | 12,917.30 | | |
| 2.32 | | | Overland Park | KS | 66213-4328 | | 9,100.20 | 9,100.20 | | |
| 2.33 | | | Kansas City | MO | 64151-1134 | | 11,249.76 | 11,249.76 | | |
| 2.34 | | | Kansas City | MO | 64156-7806 | | 14,733.76 | 14,733.76 | | |
| 2.35 | | | KANSAS CITY | MO | 64151-4048 | | 12,497.32 | 12,497.32 | | |
| 2.36 | | | Prairie Village | KS | 66208-2811 | | 15,166.68 | 15,166.68 | | |
| 2.37 | | | OVERLAND PARK | KS | 66204-3940 | | 17,333.30 | 15,500.00 | | |
| 2.38 | | | Evergreen | CO | 80439-6821 | | 18,633.08 | 15,500.00 | | |
| 2.39 | | | Mission | KS | 66202-1734 | | 10,616.32 | 10,616.32 | | |
| 2.40 | | | Kansas City | MO | 64109-1417 | | 9,967.32 | 9,967.32 | | |
| 2.41 | | | OVERLAND PARK | KS | 66221-9700 | | 19,932.84 | 15,500.00 | | |
| 2.42 | | | Deltona | FL | 32725-3002 | | 11,452.80 | 11,452.80 | | |
| 2.43 | | | Frankton | IN | 46044-9791 | | 7,226.04 | 7,226.04 | | |
| 2.44 | | | Olathe | KS | 66062-5312 | | 10,400.00 | 10,400.00 | | |
| 2.45 | | | Denver | CO | 80203-3517 | | 5,954.44 | 5,954.44 | | |
| 2.46 | | | Olathe | KS | 66062-6367 | | 12,636.00 | 12,636.00 | | |
| 2.47 | | | Overland Park | KS | 66215-4302 | | 11,961.14 | 11,961.14 | | |
| 2.48 | | | Kansas City | MO | 64131-1334 | | 17,333.30 | 15,500.00 | | |
| 2.49 | | | Buda | TX | 78610-3639 | | 3,300.13 | 3,300.13 | | |
| 2.50 | | | Mission | KS | 66202-2650 | | 5,319.64 | 5,319.64 | | |
| 2.51 | | | Brumley | MO | 65017-3213 | | 12,083.34 | 12,083.34 | | |
| 2.52 | | | Indian Land | SC | 29707-2401 | | 15,166.42 | 15,166.42 | | |
| 2.53 | | | Evanston | IL | 60201-3231 | | 11,667.52 | 11,667.52 | | |
| 2.54 | | | Kansas City | MO | 64145-1432 | | 11,094.04 | 11,094.04 | | |
| 2.55 | | | Denver | CO | 80203-3085 | | 4,333.50 | 4,333.50 | | |
| 2.56 | | | Santa Maria | CA | 93454-5876 | | 7,084.40 | 7,084.40 | | |
| 2.57 | | | Lansing | KS | 66043-2212 | | 6,760.28 | 6,760.28 | | |
| 2.58 | | | Seguin | TX | 78155-4541 | | 13,434.00 | 13,434.00 | | |
| 2.59 | | | Chicago | IL | 60640-3815 | | 11,267.12 | 11,267.12 | | |
| 2.60 | | | Boulder | CO | 80305-7371 | | 17,333.30 | 15,500.00 | | |
| 2.61 | | | ROELAND PARK | KS | 66202-1941 | | 11,267.12 | 11,267.12 | | |
| 2.62 | | | Overland Park | KS | 66212-3854 | | 10,399.98 | 10,399.98 | | |
| 2.63 | | | Olathe | KS | 66061-6015 | | 9,530.86 | 9,530.86 | | |
| 2.64 | | | Olathe | KS | 66061 | | 12,133.32 | 12,133.32 | | |
| 2.65 | | | GRANDVIEW | MO | 64030-4100 | | 10,428.82 | 10,428.82 | | |
| 2.66 | | | Brayner | MO | 64624-9234 | | 11,266.68 | 11,266.68 | | |
| 2.67 | | | Overland Park | KS | 66210-1147 | | 7,319.88 | 7,319.88 | | |
| 2.68 | | | Kansas City | MO | 64158-1422 | | 17,765.96 | 15,500.00 | | |
| 2.69 | | | Austin | TX | 78756-2516 | | 11,440.16 | 11,440.16 | | |
| 2.70 | | | Denver | CO | 80204-1421 | | 6,500.26 | 6,500.26 | | |
| 2.71 | | | Kansas City | KS | 66109-2030 | | 11,699.74 | 11,699.74 | | |
| 2.72 | | | Dallas | TX | 75220-5145 | | 20,833.74 | 15,500.00 | | |
| 2.73 | | | Kansas City | MO | 64157-7752 | | 11,415.86 | 11,415.86 | | |
| 2.74 | | | KANSAS CITY | MO | 64133-3591 | | 14,733.76 | 14,733.76 | | |
| 2.75 | | | Aurora | CO | 80015-5115 | | 8,334.18 | 8,334.18 | | |
| 2.76 | | | Kansas City | MO | 64152-2800 | | 7,800.44 | 7,800.44 | | |
| 2.77 | | | Independence | OH | 44131-3223 | | 7,800.44 | 7,800.44 | | |
| 2.78 | | | Kansas City | MO | 64114-1448 | | 9,100.20 | 9,100.20 | | |
| **Total** | | | | | | | **1,106,140.46** | **879,914.53** | | |

**Taxing Authorities**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.79 | Alabama City and County Tax Return | Department of Revenue 50 North Ripley Street | Montgomery | AL | 36130 | C/U | Unknown | Unknown | | |
| 2.80 | Alabama Sellers Use Tax | Department of Revenue 50 North Ripley Street | Montgomery | AL | 36130 | C/U | Unknown | Unknown | | |
| 2.81 | Arizona Transaction Privilege, Use and Seve | Arizona Department of Revenue P.O. Box 29079 | Phoenix | AZ | 85038 | C/U | Unknown | Unknown | | |
| 2.82 | Arkansas Sales and Use Tax | | | | | C/U | Unknown | Unknown | | |
| 2.83 | California Sales and Use Tax | California Department of Tax and Fee Administration P.O. Box 942879 | Sacramento | CA | 94279 | C/U | Unknown | Unknown | | |
| 2.84 | Colorado Sales Tax | Colorado Department of Revenue P.O. Box 17087 | Denver | CO | 80217-0087 | C/U | Unknown | Unknown | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Colorado Department of Revenue P.O. Box 17087 | | | | | | |
| 2.85 | Colorado State Retail Delivery Fee | | Denver | CO | 80217-0087 | C/U | Unknown | Unknown |
| 2.86 | Colorado, Arvada Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.87 | Colorado, Aurora Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.88 | Colorado, Brighton Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.89 | Colorado, Broomfield Sales Tax | | | | | C/U | Unknown | Unknown |
| | | Town of Castle Rock PO Box 17906 | | | | | | |
| 2.90 | Colorado, Castle Rock Sales and Use Tax | | Denver | CO | 80217 | C/U | Unknown | Unknown |
| | | The City of Centennial PO Box 17383 | | | | | | |
| 2.91 | Colorado, Centennial Sales Tax | | Denver | CO | 80217 | C/U | Unknown | Unknown |
| 2.92 | Colorado, Colorado Springs Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.93 | Colorado, Commerce City Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.94 | Colorado, Denver Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.95 | Colorado, Fort Collins Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| | | City of Greeley 1000 10th Street | | | | | | |
| 2.96 | Colorado, Greeley Sales and Use Tax | | Greeley | CO | 80631 | C/U | Unknown | Unknown |
| | | City of Lakewood 480 S. Allison Parkway | | | | | | |
| 2.97 | Colorado, Lakewood Sales and Use Tax | | Lakewood | CO | 80226 | C/U | Unknown | Unknown |
| 2.98 | Colorado, Longmont Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| | | City of Loveland 500 E 3rd St | | | | | | |
| 2.99 | Colorado, Loveland Sales Tax | | Loveland | CO | 80537 | C/U | Unknown | Unknown |
| 2.100 | Colorado, Pueblo Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.101 | Colorado, Thornton Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.102 | Colorado, Westminster Sales and Use Tax | | | | | C/U | Unknown | Unknown |
| 2.103 | Connecticut Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.104 | District of Columbia Sales and Use Tax Return | | | | | | Unknown | Unknown |
| | | Florida Department of Revenue P. O. Box 6668 | | | | | | |
| 2.105 | Florida Sales and Use Tax | | Tallahassee | FL | 32314-6668 | | Unknown | Unknown |
| 2.106 | Georgia Sales and Use Tax | | | | | | Unknown | Unknown |
| | | 830 Punchbowl Street | | | | | | |
| 2.107 | Hawaii General Excise/Use Tax | | Honolulu | HI | 96813-5094 | | Unknown | Unknown |
| | | 830 Punchbowl Street | | | | | | |
| 2.108 | Hawaii General Excise/Use Tax (Annual Rec | | Honolulu | HI | 96813-5094 | | Unknown | Unknown |
| 2.109 | Idaho Sales and Use Tax (Excise) | | | | | | Unknown | Unknown |
| 2.110 | Illinois Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.111 | Indiana Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.112 | Iowa Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.113 | Kansas Retailer's Compensating Use Tax | | | | | | Unknown | Unknown |
| 2.114 | Kentucky Sales and Use Tax Return | | | | | | Unknown | Unknown |
| 2.115 | Louisiana Sales Tax | | | | | | Unknown | Unknown |
| 2.116 | Louisiana Tax | | (877) 693-4435 | | | | Unknown | Unknown |
| 2.117 | Maine Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.118 | Maryland Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.119 | Massachusetts Sales and Use Tax Quarterly | | | | | | Unknown | Unknown |
| 2.120 | Michigan Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.121 | Minnesota Sales and Use Tax EFT | | | | | | Unkwm | Unkwm |
| | | Mississippi Department of Revenue P.O. Box 1033 | | | | | | |
| 2.122 | Mississippi Sales Tax | | Jackson | MS | 39215-1033 | | Unknown | Unknown |
| | | Mississippi Department of Revenue P.O. Box 1033 | | | | | | |
| 2.123 | Mississippi Use Tax | | Jackson | MS | 39215-1033 | | Unknown | Unknown |
| 2.124 | Missouri Vendors Use Tax | | | | | | Unkwm | Unkwm |
| | | Nebraska Department of Revenue 301 Centennial Mall S | | | | | | |
| 2.125 | Nebraska Sales and Use Tax | | Lincoln | NE | 68508 | | Unknown | Unknown |
| | | Las Vegas Department of Taxation 700 E. Warm Springs | | | | | | |
| 2.126 | Nevada Sales and Use Tax | | Las Vegas | NV | 89119 | | Unknown | Unknown |
| | | NJ Division of Taxation 3 John Fitch Way P.O. Box 245 | | | | | | |
| 2.127 | New Jersey Sales and Use Tax | | Trenton | NJ | 08695-0245 | | Unkwm | Unkwm |
| | | Taxation & Revenue New Mexico 1200 South St. Francis Drive | | | | | | |
| 2.128 | New Mexico Gross Receipts Tax | | Santa Fe | NM | 87505 | | Unknown | Unknown |
| 2.129 | New York Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.130 | North Carolina Sales and Use Tax | | | | | | Unkwm | Unknown |
| 2.131 | North Dakota Sales and Use Tax, Compensating Return | | | | | | Unknown | Unknown |
| 2.132 | Ohio Universal Return (Sellers Use) | | | | | | Unknown | Unknown |
| | | Oklahoma Tax Commission | | | | | | |
| 2.133 | Oklahoma Vendors Use Tax (Retailers) | | Oklahoma City | OK | 73194 | | Unkwm | Unkwm |
| 2.134 | Pennsylvania Sales and Use Tax | | | | | | Unknown | Unknown |
| | | Rhoe Island Division of Taxation One Capital Hill | | | | | | |
| 2.135 | Rhode Island Sales and Use Tax | | Providence | RI | 2908 | | Unknown | Unknown |
| | | Rhoe Island Division of Taxation One Capital Hill | | | | | | |
| 2.136 | Rhode Island Sales and Use Tax - Annual Re | | Providence | RI | 2908 | | Unknown | Unknown |
| 2.137 | South Carolina Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.138 | South Dakota Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.139 | Tennessee Sales and Use Tax | | | | | | Unknown | Unknown |
| | | Business Information (Master Login): https://security.app.cpa.state.tx.us/ | | | | | | |
| 2.140 | Texas Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.141 | Texas Sales Tax Estimated Payment | | | | | | Unknown | Unknown |
| 2.142 | Utah Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.143 | Vermont Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.144 | Virginia Dealers Sales and Use Tax (Out-of-State) | | | | | | Unknown | Unknown |
| 2.145 | Washington Combined Excise Tax | | | | | | Unknown | Unknown |
| 2.146 | West Virginia Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.147 | Wisconsin Sales and Use Tax | | | | | | Unknown | Unknown |
| 2.148 | Wyoming Sales and Use Tax Multi Location | | | | | | Unknown | Unknown |

## Attachment E/F 2

| | Company | Name | Address | City | State | Zip | D/C/U | Total | D | C | U |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | 27Global | Steve Roatch | 4001 W 114th St; STE 105 | Leawood | KS | 66211 | | $1,044,242.00 | | | |
| 3.2 | 60Nrth | Terhi Ignatius | 1712 NE 17th Way | Fort Lauderdale | FL | 33305 | | $40,300.00 | | | |
| 3.3 | Aligned Technology Group | John Zemonek | 702 Oberlin Rd; Ste 220 | Raleigh | NC | 27605 | | $992,352.07 | | | |
| 3.4 | Allegra | | 16200 E 2nd Ave; Unit 100 | Aurora | CO | 80011 | | $580.52 | | | |
| 3.5 | Amazon Web Services, Inc | John Zemonek | PO Box 84023 | Seattle | WA | 98124 | | $293,434.70 | | | |
| 3.6 | Apollo Tech USA Inc | Albert Shieh | 1661 Fairplex D | La Verne | CA | 91750 | | $44,486.71 | | | |
| 3.7 | Apptentive | | 168 Centennial Pkwy; #250 | Louisville | CO | 80027 | | $57,105.28 | | | |
| 3.8 | Arbemi | Arthur Azreili | 1 Alonos St; Maria House | Nicosia | Cyprus | 1075 | | $96,278.00 | | | |
| 3.9 | argodesign, LLC | Matt Boucher | 108 West Gibson St | Austin | TX | 78704 | | $4,393,593.00 | | | |
| 3.10 | Asteelflash Suzhou | Andrew Wu.: | No 8 Gu Tang Road | Wujiang | China | 215200 | | $2,199,137.69 | | | |
| 3.11 | Binyamin Efraimov | Binyamin Erraimov | HaRav Ovadya Yosef St 3,21 | Hertsliya 465 1503 | Israel | | | $25,425.00 | | | |
| 3.12 | BKD/Forvis | Ashton Klindt | PO Box 200870 | Dallas | TX | 75320 | | $61,267.00 | | | |
| 3.13 | BrowserStack | | 4512 Legacy Drive; STE 100 | Plano | TX | 75024 | | $5,496.00 | | | |
| 3.14 | CleverTap | | 181 2nd St; #99 | San Francisco | CA | 94105 | | $26,262.00 | | | |
| 3.15 | Code LLC | Conor Swanson | Po Box 4210 | Portsmouth | NH | 3802 | | $45,000.00 | | | |
| 3.16 | Communication Graphics | | 1787 Sentry Pkwy West; Bld 16 | Blue Bell | PA | 19422 | | $1,257.32 | | | |
| 3.17 | ComSource Consulting | Stacy Plack | 14052 Hayes St | Overland Park | KS | 66221 | | $136,590.00 | | | |
| 3.18 | Creative Capsule LLC | Judith Correia | 10875 Benson Dr; Ste 275 | Overland Park | KS | 66210 | | $195,035.00 | | | |
| 3.19 | Crosshair Cyber | | 10306 Eaton Pl; Ste 300 | Fairfax | VA | 22030 | | $5,000.00 | | | |
| 3.20 | D3 Consulting | | 4801 NE 71st St | Seattle | WA | 98115 | | $5,000.00 | | | |
| 3.21 | Dark3, Inc | | 10306 Eaton Pl; Ste 300 | Fairfax | VA | 22030 | | $5,000.00 | | | |
| 3.22 | DCL Logistics | Kisha Mcmihelk | 4455 E Philadelphia St | Ontario | CA | 91761 | | $45,078.74 | | | |
| 3.23 | Digital Tech US | | 66 White St; Ste 501 | New York | NY | 10013 | | $16,815.00 | | | |
| 3.24 | Discopy Labs | Kisha Mcmihelk | 4455 E Philadelphia St | Ontario | CA | 91761 | | $2,581.50 | | | |
| 3.25 | Douglas Lunenfeld | Doug Lunenfeld | 727 Anderson Ave | Rockville | MD | 20850 | | $10,000.00 | | | |
| 3.26 | Endeavor Business Media, LLC | Patrick Rains | PO Box 306479 | Nashville | TN | 37230 | | $3,959,000.00 | | | |
| 3.27 | Hovey Williams | Laura Plaisance | 10801 Mastin St; Ste 1000 | Overland Park | KS | 66210 | | $3,404.50 | | | |
| 3.28 | IFTTT | | 2261 Market St #4383 | San Francisco | CA | 94114 | | $5,000.00 | | | |
| 3.29 | Ipacestters | Michael Ferrari | 12902 E. 51st St | Tulsa | OK | 74134 | | $30,159.05 | | | |
| 3.30 | Jumpcloud | | 361 Centennial Pkwy; Ste 300 | Louisville | CO | 80027 | | $3,801.84 | | | |
| 3.31 | Keyhole Software | Chris Bristow | 11205 W 79th St | Lenexa | KS | 66214 | | $17,955.00 | | | |
| 3.32 | Lead Bank | Holly Holt | 1801 Main St | Kansas City | MO | | | $48,691.99 | | | |
| 3.33 | Leedarson Lighting, LTD | | 300 Technology Ct; Ste 100 | Smyrna | GA | 30082 | | $11,900.00 | | | |
| 3.34 | LoginRadius Inc | | c/o Wework 18 Floor; 450 W. Marine Dr SW | Vancouver | BC | V5X 0C4 | | $61,757.00 | | | |
| 3.35 | MackRo Consulting LTD | Rocky Appiah | 63 Stewart Dr | Guelph | Ontario | | | $23,520.00 | | | |
| 3.36 | Market Center Investors, LLC | Jenae Hogan | PO Box 71805 | Cincinnati | OH | 45271 | | $77,242.86 | | | |
| 3.37 | Merkury Innovations, LLC | Sol Hedaya | 45 Broadway Suite 350 | New York | NY | 10006 | | $98,511.55 | | | |
| 3.38 | Mongo DB Inc | Christine Gutierrez | 1633 Broadway; 38th Floor | New York | NY | 10019 | | $33,445.67 | | | |
| 3.39 | Moonshot | Russ Koziol | 9800 Metcalf Ave | Overland Park | KS | 66212 | | $72,020.00 | | | |
| 3.40 | New Relic | Teresa Hart | 188 Spear St; Ste 1200 | San Francisco | CA | 94105 | | $67,424.32 | | | |
| 3.41 | Noonlight | | 8605 Santa Monica Blvd; PMB 46354 | Los Angeles | CA | 90069 | | $35,100.00 | | | |
| 3.42 | Omni Logistics LLC | Marilyn Clark | 3200 Olympus Blvd; Ste 300 | Dallas | TX | 75019 | | $70,511.10 | | | |
| 3.43 | RapidSOS | | 3 Park Ave; 2nd Floor | New York | NY | 10016 | | $38,237.10 | | | |
| 3.44 | Salesforce | | Salesforce Tower; 415 Mission St; 3rd Floor | San Francisco | CA | 94105 | | $1,695.38 | | | |
| 3.45 | Sally Staley | Sally Staley | 2927 W Sitka Dr | Olathe | KS | 66061 | | $24,516.25 | | | |
| 3.46 | SendGrid | Jason J | 101 Spear St; Ste 500 | San Francisco | CA | 94105 | | $8,361.12 | | | |
| 3.47 | Udemy, Inc | Isha Bhardwaj | 600 Harrison St; 3rd Floor | San Francisco | CA | 94107 | | $41,534.45 | | | |
| 3.48 | Viagio Technologies | Scott Lippert | 9237 Ward Pkwy; Ste 300 | Kansas City | MO | 64114 | | $1,584,311.79 | | | |
| 3.49 | Volansys | Pooja Singh | 7th Floor; A-Wing; Safal Profitaire; Corporate Road | Prahaladnagar, Ahmedabad | India | 380015 | | $18,780.00 | | | |
| 3.50 | warneke | Stacy Warneke | 4500 Joliet St | Denver | CO | 80239 | | $3,881.90 | | | |
| 3.51 | Zebulon Solutions, LLC | Chuck Hodges | 1822 Skyway; Unit A | Longmont | CO | 80504 | | $27,008.63 | | | |
| 3.52 | ZIV, LLC | Cara Miller | 12460 S. Gallery St | Olathe | KS | 66062 | D/C/U | $180.00 | | X | |
| 3.53 | Promissory Note | David Edmondson | 1999 McKinney Ave; Unit 608 | Dallas | TX | 75201 | D/C/U | $1,400,000.00 | | | |
| 3.54 | Promissory Note | Sonya Rodrigue | 2935 Camp Paradise Ct | Granbury | TX | 76048 | D/C/U | $1,300,000.00 | | | |
| 3.55 | Promissory Note | Gary Fish | 16520 Eden Bridge | Loch Lloyd | MO | 64012 | D/C/U | $500,000.00 | | | |
| 3.56 | Promissory Note | Bob Green | 200 Ocean Road, Apt 1A | Vero Beach | FL | 32963 | D/C/U | $200,000.00 | | | |
| 3.57 | Promissory Note | Steve Edwards | 8149 Clearwater Point | Parkville | MO | 64152 | D/C/U | $200,000.00 | | | |
| 3.58 | Chapford Credit Opportunities Fund, LP | Chris Frissori | 201 Broad Street; Suite 500 | Stamford | CT | 6901 | D/C/U | $311,136.00 | | | |
| 3.59 | ID Fund | Dermot Bolger | 751 Park of Commerce Dr; Suite 128 | Boca Raton | FL | 33487 | D/C/U | $125,000.00 | | | |
| 3.60 | U.S. Small Business Administration Office of Disaster Assistance | | 4925 Kingsport Rd | Fort Worth | TX | 76155 | D/C/U | $128,995.00 | | | |
| 3.61 | Promissory Note | Kathy Walker | 10711 S Cedar Niles Circle | Olathe | KS | 66061 | D/C/U | $185,145.00 | | | |
| 3.62 | Promissory Note | Lance LeMay | 3728 West 65th Street | Mission Hills | KS | 66208 | D/C/U | $185,145.00 | | | |
| 3.63 | Mersoft IP Note | Ron Sloop | 7007 College Blvd, Ste 450 | Overland Park | KS | 66211 | D/C/U | $84,375.00 | | | |
| 3.64 | Kalamata Capital Group | | 80 Broad St Suite 1210 | New York | NY | 10004 | D/C/U | $339,070.00 | | | |
| 3.65 | MCA Servicing Company | Isaac Kastner | 1545 Route 202, Suite 203 | Pamona | NY | 10970 | D/C/U | $163,134.00 | | | |
| 3.66 | Proventure Capital | | 500 W Putnam Ave; STE 400 | Greenwich | CT | 6830 | D/C/U | $28,800.00 | | | |
| 3.67 | ID Fund | Dermot Bolger | 751 Park of Commerce Dr; Suite 128 | Boca Raton | FL | 33487 | D/C/U | $575,000.00 | | | |

**Fill in this information to identify the case:**

Debtor name ___SmartHome Ventures, LLC___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): ___24-11640-TMH___   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See Attachment G |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**SCHEDULE G - ATTACHMENT 2 - CONTRACT PARTIES**

| Creditor / Contractor | Street | City | State | Zip | Location | Contract Description |
|---|---|---|---|---|---|---|
| 27Global | 4001 W 114th StreetSuite 105 | Leawood | KS | 66211 | USA | Software development of Merkury services |
| 60Nrth | 1712 NE 17th Way | Fort Lauderdale | FL | 33305 | USA | Marketing for Notion services |
| Aligned Technology Group | 702 Oberlin RdSte220 | Raleigh | NC | 27605 | USA | AWS Reseller - cloud storage and hosting |
| Allegra | 16200 E. 2nd Ave Unit 100 | Aurora | CO | 80011 | USA | Marketing |
| Amazon Web Services, Inc | PO Box 84023 | Seattle | WA | 98124 | USA | Cloud storage and hosting provider |
| Apollo Tech USA Inc | 1661 Fairplex Dr | La Verne | CA | 91750 | USA | Revenue sharing agreement |
| Apptentive/Alchemer | 168 Centennial Pkwy Ste 250 | Louisville | CO | 80027 | USA | App Rating Management |
| Arbemi | 1 Avlonos Street, Maria House | Nicosia | Cyprus | – | Cyprus | Contractor - platform operations |
| argodesign, LLC | 2901 S 1st StreetSuite 200 | Austin | TX | 78704 | USA | Design and development services |
| Asteelflash Suzhou | No. 8 Gu Tang Road | Wujiang, Jiangsu | Wujiang | 215200 | China | Contract manufacturer of Notion sensors |
| Binyamin Efraimov | Mavo Ahermon 2/14 | Kiryat Gat | HaDarom | 8202859 | Israel | Contractor - platform operations |
| BKD/Forvis | 1201 Walnut St Suite 1700 | Kansas City | MO | 64106 | USA | Professional Services--Accounting |
| Browser Stack | 4512 Legacy Dr, Suite 100 | Plano | TX | 75024 | USA | Mobile testing platform |
| CleverTap | 607 W Dana StSuite A | Mountain View | CA | 94041 | USA | User Experience Mapping |
| Code LLC | PO Box 4210 | Portsmouth | NH | 3802 | USA | Employee recruiting services |
| Communication Graphics | 1787 Sentry Parkway West Bldg. 16, Ste. 240 | Blue Bell | PA | 19422 | USA | Notion packaging supplies |
| ComSource Consulting | 14052 Hayes St | Overland Park | KS | 66221 | USA | Employee recruiting services |
| Creative Capsule LLC | 10875 Benson DrSuite 275 | Overland Park | KS | 66210 | USA | Software development of Merkury services |
| Crosshair Cyber | 6803 Brimstone Ln | Fairfax Station | VA | 22039 | USA | Cyber Security |
| D3 Consulting | 4801 NE 71st St | Seattle | WA | 98115 | USA | Cyber Security |
| Dark3, Inc | 2308 Mt Vernon Avenue#756 | Alexandria | VA | 22301 | USA | Cyber Security |
| DCL Logistics | 4455 E. Philadelphia St | Ontario | CA | 91761 | USA | 3PL provider for Notion products |
| Digital Tech US | 66 White Street STE 501 | New York | NY | 10013 | USA | Harware Testing |
| Douglas Lunenfeld | 727 Anderson Avenue | Rockville | MD | 20850 | USA | Professional Services Outside Counsel |
| Hovey Williams | 10801 Mastin BlvdSuite 100084 Corporate Woods | Overland Park | KS | 66210 | USA | Professional Services-IP Attorney |
| IFTTT | 923 Market St, Ste 400 | San Francisco | CA | | USA | Platform Standards |
| Ipacesettters | 12902 E 51st Street | Tulsa | OK | 74134 | USA | Outbound Calling firm |
| Jumpcloud | 361 Centennial PkwySuite 300 | Louisville | CO | 80027 | USA | Platform operations software |
| Keyhole Software | 11205 W 79th St | Lenexa | KS | 66214 | USA | Software development of Merkury services |
| Leedarson Lighting, LTD | Level 54 Hopewell Centre183 Queen's Road East HK | Hong Kong | – | | China | Hardware samples |
| LogininRadius * | 815 West Hastings St, Suite 801 | Vancouver | BC | V6C 1B4 | Canada | Account Management Platform |
| MackRo Consulting LTD | 63 Stewart Dr | Guelph | Ontario | | Canada | Contractor - platform operations |
| Merkury Innovations, LLC | 45 BroadwaySuite 350 | New York | NY | 10006 | USA | Revenue sharing agreement |
| Mongo DB Inc | PO Box 894365 | Los Angeles | CA | 90189-4365 | USA | Platform data base services |

**SCHEDULE G - ATTACHMENT 2 - CONTRACT PARTIES**

| Creditor / Contractor | Street | City | State | Zip | Location | Contract Description |
|---|---|---|---|---|---|---|
| Moonshot | 9800 Metcalf Ave | Overland Park | KS | 66212 | USA | Software development of Merkury services |
| New Relic | 188 Spear StSuite 1200 | San Francisco | CA | 94105 | USA | Operations software for Notion |
| Night Owl | 4720 Radio Rd | Naples | FL | 34104 | USA | Customer - Similar to Merkury |
| Noonlight | 911 Washington Ave | Saint Louis | MO | 63101 | USA | Enhanced 911 Service |
| Omni Logistics LLC | 3200 Olympus Blvd, Ste 300 | Dallas | TX | 75019 | USA | 3PL provider for Notion products |
| Recurly | 400 Alabama St, Suite 202 | San Francisco | CA | 94110 | USA | Subscription Management Company |
| Salesforce | 415 Mission Street | San Francisco | CA | 94105 | USA | Sales lead management |
| Sally Staley | 2927 W Sitka St | Olathe | KS | 66061 | USA | Contractor - platform operations |
| SendGrid | 101 Spear St | San Francisco | CA | | USA | Customer Communiation Manager |
| Snowflake | 1700 Broadway, 14th Floor, | Denver | CO | 80203 | USA | Platform operations software |
| Udemy, Inc | PO Box 734229 | Chicago | IL | 60673 | USA | On Line Training |
| Viagio Technologies | 9237 Ward ParkwaySte 300 | Kansas City | MO | 64114 | USA | Software development of Merkury services |
| Volansys | 7th Floor, A-Wing, Safal Profitaire, Corporate Rd | Prahaladnagar | Ahmedabad | 380015 | India | Harware Testing |
| warneke | 4500 Joliet Street | Denver | CO | 80239 | USA | Notion packaging supplies |
| Zebulon Solutions, LLC | 1822 SkywayUnit A | Longmont | CO | 80504 | USA | Product testing for Notion |
| ZIV, LLC | 9290 Bond Street#207 | Overland Park | KS | 66214 | USA | Website Hosting |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City         State         ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor _____     Case number *(if known)*_____
Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__  _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  SmartHome Ventures, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (*If known*):  24-11640-TMH

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule ____*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/20/2024            ✗ /s/ Albert Altro
           MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                   Albert Altro
                                   Printed name

                                   Chapter 11 Trustee
                                   Position or relationship to debtor